Affirmed and Opinion filed January 9, 2003













Affirmed and
Opinion filed January 9, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00934-CR

NO.
14-02-00935-CR

NO.
14-02-00936-CR

____________

 

SHAMIA LASHEA
HARPER, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

_______________________________________________________________

 

On Appeal from the 400th District Court

Fort Bend County, Texas

Trial Court Cause Nos. 34,796; 35,380 & 35,636

 

_______________________________________________________________

 

M E M O R A
N D U M   O P I N I O N

            Appellant entered a guilty plea
without an agreed recommendation as to punishment in each of these cases.  On July 26, 2002, appellant was sentenced to confinement in the
Institutional Division of the Texas Department of Criminal Justice for ten
years.  Appellant filed a pro se notice
of appeal.

            On December 12, 2002, this court ordered a
hearing to determine why appellant had not filed a brief in this appeal.  On December 27, 2002, the trial court conducted the
hearing.  The record of the hearing was
filed in this court on December
 30, 2002.








            At the hearing, appellant was
present with her counsel.  The trial
court suspended the remainder of appellant’s sentence and placed her on
probation for ten years.  Appellant
testified that she had discussed the matter with her attorney and she no longer
wished to continue her appeal. 
Accordingly, the trial court found appellant no longer desires to
prosecute her appeal.

            On the basis of that finding, this
court has considered the appeal without briefs. 
See Tex. R. App. P.
38.8(b).  We find no
fundamental error.  Accordingly, the
judgment of the trial court is affirmed.

 

                                                                        PER
CURIAM

 

Judgment
rendered and Opinion filed January 9,
 2003.

Panel
consists of Chief Justice Brister and Justices Hudson and Fowler.

Do Not
Publish – Tex. R. App.
P. 47.2(b).